1040

No. 88–1112. HONOLULU FEDERAL SAVINGS & LOAN ASSN. *v.* MURABAYASHI ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 88–5586.   BURTON *v.* CALIFORNIA.   Sup. Ct. Cal.;
No. 88–5871.   SLOAN *v.* MISSOURI.   Sup. Ct. Mo.;
No. 88–6079.   JONES *v.* ILLINOIS.   Sup. Ct. Ill.;
No. 88–6082.   HARDY *v.* GEORGIA.   Sup. Ct. Ga.;
No. 88–6101.   TURNER *v.* FLORIDA.   Sup. Ct. Fla.;
No. 88–6135.   BOLIEK *v.* MISSOURI.   Ct. App. Mo., Southern Dist.;
No. 88–6136.   HARVEY *v.* FLORIDA.   Sup. Ct. Fla.;
No. 88–6166.   ALLRIDGE *v.* TEXAS.   Ct. Crim. App. Tex.;
No. 88–6190.   WILLIAMS *v.* OHIO.   Sup. Ct. Ohio;
No. 88–6202.   HAMILTON *v.* CALIFORNIA.   Sup. Ct. Cal.;
No. 88–6290.   GILMORE *v.* MISSOURI.   Ct. App. Mo., Eastern Dist.; and
No. 88–6325.   BROWN *v.* OHIO.   Sup. Ct. Ohio.   Certiorari denied.   Reported below: No. 88–5871, 756 S. W. 2d 503; No. 88–6079, 123 Ill. 2d 387, 528 N. E. 2d 648; No. 88–6082, 258 Ga. 523, 371 S. E. 2d 849; No. 88–6101, 530 So. 2d 45; No. 88–6135, 755 S. W. 2d 417; No. 88–6136, 529 So. 2d 1083; No. 88–6166, 762 S. W. 2d 146; No. 88–6190, 38 Ohio St. 3d 346, 528 N. E. 2d 910; No. 88–6202, 46 Cal. 3d 123, 756 P. 2d 1348; No. 88–6290, 755 S. W. 2d 419; No. 88–6325, 38 Ohio St. 3d 305, 528 N. E. 2d 523.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 88–5892.   IN RE S.   Sup. Ct. Mo.   Motion of petitioner to seal the appendix to the petition for writ of certiorari granted. Certiorari denied.

No. 88–6009.   CRAWFORD *v.* GEORGIA.   Sup. Ct. Ga.   Certiorari denied.   JUSTICE BLACKMUN would grant certiorari.